QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert M. Schwartz (Bar No. 117166)
robertschwartz@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
Moon Hee Lee (Bar No. 318020)
moonheelee@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:   (213) 443-3000

Michael LaFond (Bar No. 303131)
michaellafond@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood City, CA 94065
Telephone:   (650) 801-5000

*Attorneys for Plaintiff*

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNAIL GAMES USA INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TENCENT CLOUD LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:22-CV-02009-CAS(SKx)<br>Related Case: 2:21-CV-09552 CAS (SKx)<br><br>**ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>Judge: Hon. Christina A. Snyder<br><br>Case Filed: March 23, 2022<br>Trial Date: January 9, 2024 |

JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS
ALL CLAIMS WITH PREJUDICE

CASE NO. 2:22-CV-02009-CAS-SK

## Order

The Court, having reviewed the parties' stipulation and good cause appearing, hereby issues the following Order:

IT IS HEREBY ORDERED thatall claims filed by the Parties in the instant litigation are hereby DISMISSED WITH PREJUDICE.

SO ORDERED.

Date:  December 11, 2023

_Christine A. Snyde_
District Judge Christina A. Snyder